UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>SELECTION.COM,<br><br>        Defendant. | Case No. 15-cv-02338-WHO<br><br>**ORDER DENYING MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 31 |

On December 28, 2015, defendant filed a motion to relate this case to an action that defendant recently filed against its insurance carrier, *Selection Management Systems, Inc. v. Torus Specialty Insurance Company*, No. 15-cv-05445-YGR (N.D. Cal. filed November 25, 2015). Dkt. No. 31. Torus Specialty Insurance Company submitted an opposition to the motion on December 30, 2015. Dkt. No. 32.

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). Having reviewed the parties' submissions and the filings and orders in this action and in *Torus*, I find that the cases are not related. Defendant's motion is DENIED.

**IT IS SO ORDERED**.

Dated: January 4, 2016

                                                    WILLIAM H. ORRICK<br>
                                                    United States District Judge